**Official Form 1 (04/07)**

| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pierce, Gregory E** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**1564** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**717 Tipperary**<br>**Schaumburg, IL**<br>ZIP CODE **60193** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**490 Bennett Road**<br>**Elk Grove Village, IL**<br>ZIP CODE **60007** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check **one** box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $10,000 | $10,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] |

Official Form 1 (04/07)                                                                      **FORM B1,** Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Gregory E Pierce** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _____   **9/28/2007** Signature of Attorney for Debtor(s)        Date **Jonathan G. Anderson**            **03128613** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (04/07)                                                                                                        **FORM B1,** Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Gregory E Pierce** |
|---|---|

# Signatures

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Gregory E Pierce**
Signature of Debtor            **Gregory E Pierce**

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
**9/28/2007**
Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

## Signature of Attorney

X
Signature of Attorney for Debtor(s)

**Jonathan G. Anderson,  03128613**
Printed Name of Attorney for Debtor(s) / Bar No.

**Anderson & Associates, P.C.**
Firm Name

**1701 E. Woodfield Road, Suite 1050  Schaumburg, IL  60173**
Address

**(847) 995-9999**                              **(847) 995-0117**
Telephone Number
**9/28/2007**
Date

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

## Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition prepares, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. 110.)

Address

X **Not Applicable**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer 's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In re:  **Gregory E Pierce** _____         Case No. _____
                              Debtor                                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

❑   1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❑   2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

❑   3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

❑   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ❑   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ❑   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ❑   Active military duty in a military combat zone.

**Official Form 1, Exh. D (10/06) – Cont.**

❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ Gregory E Pierce**

**Gregory E Pierce**

Date:   **9/28/2007**

FORM B6A
(10/05)

In re: **Gregory E Pierce**
_____.
Debtor

Case No. _____
(If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total ➤  0.00

(Report also on Summary of Schedules.)

FormB6B
(10/05)

In re   **Gregory E Pierce**                                                                          ,          Case No. _____

                                    Debtor                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **cash on hand** | | **500.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase checking account** | | **124.73** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Savings Account** | | **315.06** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **ordinary household goods and furnishings** | | **500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **used clothing** | | **300.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Form B6B-Cont.
(10/05)

In re  **Gregory E Pierce**                                    ,        Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1992 Honda Cvic (150k)** | | **1,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Form B6B-Cont.
(10/05)

In re **Gregory E Pierce** _____,   Case No. _____
         **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Tools** | | **300.00** |

_2_   continuation sheets attached      Total  ➤  | **$ 3,039.79**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**Official Form 6C (04/07)**

In re  **Gregory E Pierce**                                          Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **1992 Honda Cvic (150k)** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **cash on hand** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Chase checking account** | **735 ILCS 5/12-1001(b)** | **124.73** | **124.73** |
| **Chase Savings Account** | **735 ILCS 5/12-1001(b)** | **315.06** | **315.06** |
| **ordinary household goods and furnishings** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Tools** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **used clothing** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |

**Official Form 6D (10/06)**

In re **Gregory E Pierce** _____ .    Case No. _____

_____ **Debtor** _____    _____ **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | | |
| | | | **VALUE** _____ | | | | | |

<u>0</u>    continuation sheets
attached

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| $ | 0.00 | $ | 0.00 |
|---|---|---|---|
| $ | 0.00 | $ | 0.00 |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6E (04/07)

In re  **Gregory E Pierce** _____     Case No. _____
                                        Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

❏  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❏  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❏  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❏  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❏  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❏  **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❏  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❏  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❏  **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1  continuation sheets attached**

**Official Form 6E (04/07) - Cont.**

In re  **Gregory E Pierce**                                        Case No. _____
_____                              (If known)
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | Subtotals ➤ (Totals of this page) | $          0.00 | $          0.00 | $          0.00 |
|---|---|---|---|---|
| | Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $          0.00 | | |
| | Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $          0.00 | $          0.00 |

Official Form 6F (10/06)

In re **Gregory E Pierce** _____    Case No. _____
                                    Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **TCF8866221723/295** <br><br> **ACC International** <br> **919 Estes Court** <br> **Schaumburg, IL 60193-4427** | | | 02/05/2007 <br><br> **TCF Natinal Bank** | | | | 242.02 |
| ACCOUNT NO. <br><br> **Airport Parking Operations** <br> **PO Box 619428** <br> **DFW Airport, TX 75261-9428** | | | 01/01/1997 <br><br> **Parking tickets** | | | | 125.00 |
| ACCOUNT NO.  **209621** <br><br> **Alexian Bros** <br> **1650 Moon Lake Blvd** <br> **Hoffman Estates, IL 60194** | | | 01/01/2001 <br><br> **Medical Bills** | | | | 350.00 |
| ACCOUNT NO.  **00678673** <br><br> **Alexian Bros** <br> **1650 Moon Lake Blvd** <br> **Hoffman Estates, IL 60194-1010** | | | 11/01/2001 <br><br> **Medical bills** | | | | 4,302.75 |
| ACCOUNT NO.  **01334-00842** <br><br> **Alexian Bros** <br> **800 Biesterfield Road** <br> **Elk Grove Village, IL 60007** | | | **Medical Bills** | | | | 964.20 |

<u>23</u>   Continuation sheets attached

Subtotal  ➤  $      5,983.97

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  **Gregory E Pierce**                                    Case No. _____
                        Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   01348-00748<br><br>**Alexian Bros<br>800 Biesterfield Road<br>Elk Grove Village, IL 60007** | | | 12/01/2001<br><br>**Medical bills** | | | | 6,627.15 |
| ACCOUNT NO.   01318-00005<br><br>**Alexian Bros Health Hospital<br>1650 Moon Lake Blvd<br>Hoffman Estates, IL 60194<br><br><br>Harris & Harris Ltd<br>600 W Jackson Blvf Ste 700<br>Chicago, IL 60661** | | | 01/01/2001<br><br>**Medical bills** | | | | 4,302.75 |
| ACCOUNT NO.   01363-00141<br><br>**Alexian Bros Medical Center<br>800 Biesterfield Road<br>Elk Grove Village, IL 60007** | | | 12/01/2001<br><br>**Medical bills** | | | | 5,150.80 |
| ACCOUNT NO.   00680275<br><br>**Alexian Bros Medical Center<br>800 Biesterfield Road<br>Elk Grove Village, IL 60007<br><br><br>Malcom S Gerald & Assoc<br>332 S Michigan Ave Ste 514<br>Chicago, IL 60604<br>Fele# 011** | | | 01/01/2001<br><br>**Medical Bills MSG#270079** | | | | 12,742.15 |

Sheet no. _1_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **28,822.85**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Gregory E Pierce** _____   Case No. _____
                        Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **4128002148128494** <br><br> **Allied Interstate** <br> **3000 Corporate Dr 5th Floor** <br> **Columbus, OH 43231** | | | 04/11/2007 <br><br> **LVNV Funding** <br> **Citibank NA** | | | | 8,339.78 |
| ACCOUNT NO.   **094-1-0001685307** <br><br> **Arlington Ridge Pathology SC** <br> **520 E 22nd Street** <br> **Lombard, IL 60148** | | | 06/07/2005 <br><br> **medical bill** | | | | 263.00 |
| ACCOUNT NO.   **8515000000050355** <br><br> **Asset Acceptence LLC** | | | 07/31/2006 <br><br> **Bank One** | | | | 3,829.97 |
| ACCOUNT NO.   **013000173216** <br><br> **Assoc Pathologists of Joliet** <br> **330 Madison Street Suite 200A** <br> **Joliet, IL 60435** | | | 01/13/2005 <br><br> **medical bills** | | | | 427.71 |
| ACCOUNT NO.   **016-2-0000772306** <br><br> **Aurora Radiology Consultants** <br> **520 E 22nd Street** <br> **Lombard, IL 60148** | | | 01/29/2005 <br><br> **medical bill** | | | | 40.00 |

Sheet no. _2_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal   ➤   $   **12,900.46**

Total   ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Gregory E Pierce** _____    Case No. _____
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3648629  <br> **Biehl & Biehl**  <br> **PO Box 66415**  <br> **Chicago, IL 60666-0415** | | | 10/19/2005  <br> **Daily Herald Circulation** | | | | 25.00 |
| ACCOUNT NO.  34964  <br> **Blue Ridge Health Center**  <br> **PO Box 5151**  <br> **Hendersonville, NC 28793** | | | **Medical bills** | | | | 583.00 |
| ACCOUNT NO.  01-980072116  <br> **Broward Adjustment Services**  <br> **2876 E Oakland Park Blvd**  <br> **PO Box 11879**  <br> **Ft Lauderdale, FL 3339** | | | **Medical bills** | | | | 35.00 |
| ACCOUNT NO.  4018040011486352  <br> **Capital Management Services**  <br> **726 Exchange Street Suite 700**  <br> **Buffalo, NY 14210** | | | 02/09/2007  <br> **Triad**  <br> **HFN LVNV Funding** | | | | 7,871.46 |
| ACCOUNT NO.  <br> **Cardiology Assoc of AMI**  <br> **PO Box 693102**  <br> **Miami, FL 33269-0102** | | | 06/01/1997  <br> **Medical bills** | | | | 40.00 |

Sheet no. 3 of 23 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $    8,554.46

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Gregory E Pierce**                                                    Case No. _____
_____                                                        (If known)
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **24312** | | | 01/01/2001 | | | | 182.00 |
| **Cary Bortnick, MD** **303 East Army Trail Suite 100** **Bloomingdale, IL 60108** **Harvard Collection Service** **4839 N Elston Ave** **Chicago, IL 60630** | | | Medical bills | | | | |
| ACCOUNT NO. **00105446571** | | | 06/01/1999 | | | | 14,907.72 |
| **Central Financial Control** **PO Box 14059** **Orange, CA 92863** | | | Medical bills | | | | |
| ACCOUNT NO. **65481401** | | | 10/01/2001 | | | | 320.00 |
| **City of Chicago** **Department of Revenue-EMS** **PO Box 805030** **Chicago, IL 60680** **PRT** **PO Box 805030** **Chicago, IL 60680-4111** | | | Services | | | | |
| ACCOUNT NO. **7039722** | | | 01/01/2001 | | | | 320.00 |
| **City of Chicago Revenue Dept** **c/o Wexler & Wexler** **500 W Madison St Ste 2910** **Chicago, IL 60661** | | | Medical bills | | | | |

Sheet no. _4_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                        Subtotal ➤   $      15,729.72

                                        Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Gregory E Pierce** _____   Case No. _____
                                    **Debtor**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3287-0** <br><br> **City of Farmers Branch EMS** <br> **PO Box 819010** <br> **Farmers Branch, TX 75381-9010** | | | 07/01/1999 <br><br> **Medical bills** | | | | 332.00 |
| ACCOUNT NO. **K2497432** <br><br> **Columbia Kendall Medical Care** <br> **11750 Bird Road** <br> **Miami, FL 33175-3630** | | | <br><br> **Medical Bills** | | | | 1,635.85 |
| ACCOUNT NO. **1619973** <br><br> **Columbia Med City Dallas HSP** <br> **c/o Equifax** <br> **PO Box 550890** <br> **Jacksonville, FL 32255** | | | 12/01/1998 <br><br> **Credit card purchases** | | | | 588.86 |
| ACCOUNT NO. **125543793** <br><br> **Dallas County Hospital Dist** <br> **PO Box 660599** <br> **Dallas, TX 75266-0599** | | | 03/01/1999 <br><br> **Medical bills** | | | | 967.00 |
| ACCOUNT NO. **578301-13680** <br><br> **Dallas Radiologists OS** <br> **c/o MBI** <br> **8150 Brookriver Dr Ste S600** <br> **Dallas, TX 75247** | | | <br><br> **Medical bills** | | | | 35.00 |

Sheet no. _5_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        3,558.71

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Gregory E Pierce** _____   Case No. _____
                     Debtor                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1189** <br><br>**Denderson County RMS** <br>**820 N Justice Street** <br>**Denderson, NC 28791** | | | **Medical bills** | | | | **315.00** |
| ACCOUNT NO. **12 50715** <br><br>**DuPage County Internal Medicine LLC** <br>**350 W Kensington Road Suite 115** <br>**Mt Prospect, IL 60056** | | | **12/15/2001** <br>**Medical bills** | | | | **495.00** |
| ACCOUNT NO. **E023821507** <br><br>**Edward Hospital & Health Service** <br>**801 S Washington Street** <br>**Naperville, IL 60540-7060** | | | **02/02/2002** <br>**Medical bills** | | | | **1,320.50** |
| ACCOUNT NO. **087-2-0134800748** <br><br>**Elk Grove Cardiology Associates** <br>**641 E Butterfield Rd Ste 407** <br>**Lombard, IL 60148** <br><br><br>**OSI Collection Services Inc** <br>**PO Box 959** <br>**Brookfield, WI 53008** <br>**Acct #3100922** | | | **12/17/2001** <br>**Medical bills** | | | | **28.00** |
| ACCOUNT NO. **239482.1** <br><br>**Elk Grove Lab Physicians PC** <br>**c/o Harvard Collections** <br>**4839 N Elston Avenue** <br>**Chicago, IL 60630-2534** | | | **12/29/2001** <br>**Medical bills other acct #238482.1, 24312** | | | | **333.00** |

Sheet no. 6 of 23 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤   $        **2,491.50**

Total  ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Gregory E Pierce** _____     Case No. _____
                                   Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **201*238482 1**<br><br>**Elk Grove Lab Physicians PC**<br>**Det 77-9154**<br>**Chicago, IL 60678**<br><br><br>**Harvard Collection Services**<br>**4839 N Elston Ave**<br>**Chicago, IL 60630-2534**<br>**Identification #5732634** | | | **12/01/2001**<br>**Medical Bills** | | | | **157.50** |
| ACCOUNT NO.  **201-239482 1**<br><br>**Elk Grove Lab Physicians PC**<br>**Dept 77-9154**<br>**Chicago, IL 60678** | | | **12/29/2001**<br>**Medical bills** | | | | **176.50** |
| ACCOUNT NO.  **4321418**<br><br>**Emergency & Ambulatory Ca**<br>**33 W Higgins Suite 4040**<br>**S Barrington, IL 60010-9355** | | | **10/01/2001**<br>**Medical bills** | | | | **155.00** |
| ACCOUNT NO.  **4321418**<br><br>**Emergency & Ambulatory Care**<br>**33 W Higgins Suite 4040**<br>**S Barrington, IL 60010-9355**<br><br><br>**Medical Collection Systems**<br>**725 S Wells St Suite 700**<br>**Chicago, IL 60607**<br>**135-9535**<br><br>**Robert P Mitovich**<br>**725 S Wells St Suite 701**<br>**Chicago, IL 60607** | | | **01/01/2001**<br>**Medical bills** | | | | **1,220.00** |

Sheet no. _7_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ $ **1,709.00**

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Gregory E Pierce** _____    Case No. _____
                                      Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4321418** <br><br> **Emergency & Amulatory Ca** <br> **33 W Higgins Suite 4040** <br> **S Barrington, IL 60010-9355** | | | **01/01/2001** <br><br> **Medical bills** | | | | **420.00** |
| ACCOUNT NO. **239879** <br><br> **Emergency Physician Palms** <br> **Boyajian Law Offices** <br> **201 Rt 17 N 5th Floor** <br> **Rutherford, NJ 07070-2574** | | | **12/09/2004** <br><br> **medical bills** | | | | **385.23** |
| ACCOUNT NO. **04322228/5** <br><br> **Emergency Physicians Palms** <br> **PO Box 189047** <br> **Plantation, FL 33318** | | | **04/01/2000** <br><br> **Medical bills** | | | | **248.00** |
| ACCOUNT NO. **358721564** <br><br> **Emergency Physicians-Kendall** <br> **c/o David E Newman PA** <br> **1533 Sunset Drive Suite 225** <br> **Coral Gables, FL 33143** | | | **Medical Bills** | | | | **363.00** |
| ACCOUNT NO. **0081513** <br><br> **Fox Valley Cariovascular Cons** <br> **1320 N Highland Ave Suite A** <br> **Aurora, IL 60506** | | | **01/19/2005** <br><br> **medical bill** | | | | **23.50** |

Sheet no. **8** of **23** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ **1,439.73**

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Gregory E Pierce** _____     Case No. _____
                                    Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **3-492-760-133**<br><br>**Frost Arnett Company**<br>**PO Box 561009**<br>**Dallas, TX 75356-1009** | | | **Medical bills** | | | | 15.75 |
| ACCOUNT NO.   **706-860-2701**<br><br>**Green Mountain Pain & Palliati**<br>**PO Box 75408**<br>**Charlotte, NC 28275-0408** | | | **Medical bills** | | | | 355.64 |
| ACCOUNT NO.   **0T0300**<br><br>**Henderson County**<br>**Office of Budget & Finance**<br>**113 N Main Street**<br>**Hendersonville, NC 28792** | | | 03/01/2000<br>**Medical bills** | | | | 75.00 |
| ACCOUNT NO.   **CHN00011198926**<br><br>**Hendersonville Emerg Phys Assoc**<br>**PO Box 16775**<br>**Durham, NC 27704** | | | 01/01/2000<br>**Medical bills** | | | | 468.00 |
| ACCOUNT NO.   **CHN00010870236D**<br><br>**Hendersonville Emergency Physicians**<br>**c/o First Collect Inc**<br>**PO Box 7200**<br>**Sparks-Glencoe, MD 21152-7200** | | | 11/01/1999<br>**Medical bills** | | | | 314.00 |

Sheet no. _9_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        1,228.39

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  **Gregory E Pierce**                                                    Case No. _____
_____
                              **Debtor**                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **006833**<br><br>**Hendersonville Family Health**<br>**604 Connor Avenue**<br>**Hendersonville, NC 28791** | | | 01/01/2000<br><br>**Medical bills** | | | | 100.00 |
| ACCOUNT NO.<br><br>**Hendersonville Neurology PLLC**<br>**418 8th Avenue West**<br>**Hendersonville, NC 28791-3604** | | | <br><br>**Medical bills** | | | | 143.00 |
| ACCOUNT NO.    **90-170632**<br><br>**Hendersonville Radiological**<br>**807 N Justice Street**<br>**Hendersonville NC** | | | 12/31/1999<br><br>**Medical bills** | | | | 273.00 |
| ACCOUNT NO.    **90-170632**<br><br>**Hendersonville Radiological**<br>**807 N Justice Street**<br>**Hendersonville, NC 28791** | | | 07/01/1999<br><br>**Medical bills** | | | | 28.00 |
| ACCOUNT NO.    **250-170632**<br><br>**Hendersonville Sports Medicine**<br>**136 S King Street Suite E**<br>**Hendersonville, NC 28792** | | | 08/01/1999<br><br>**Medical bills** | | | | 1,946.00 |

Sheet no.  10  of  23  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤  | $ | 2,490.00 |

Total  ➤  | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Gregory E Pierce** _____     Case No. _____
                                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **12-09-2101167** <br><br> **Hospital Pathologists** <br> **5901 SW 74 St #202** <br> **Miami, FL 33143-5176** | | | **06/01/1997** <br><br> **Medical bills** | | | | **107.60** |
| ACCOUNT NO. **203500020** <br><br> **JH Stroger Hospital of Cook Cty** <br> **PO Box 70121** <br> **Chicago, IL 60673-5698** | | | **05/23/2007** <br><br> **medical bill** | | | | **99.60** |
| ACCOUNT NO. **8883882 - 8883888** <br><br> **KCA Financial Services** <br> **PO Box 53** <br> **Geneva, IL 60134-0053** | | | **07/01/2007** <br><br> **Provena Mercy Medical Center** | | | | **14,855.00** |
| ACCOUNT NO. **98416** <br><br> **KCA Financial Services** <br> **628 North Street** <br> **PO Box 53** <br> **Geneva, IL 60134** | | | **08/05/2005** <br><br> **medical bill** | | | | **30.00** |
| ACCOUNT NO. **10179703** <br><br> **Margaret Pardee Hospital OP** <br> **co Credit Bureau Collections** <br> **PO Box 26140** <br> **Greensboro, NC 27402-6140** | | | **07/01/1999** <br><br> **Medical bills** | | | | **117.90** |

Sheet no. __11__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ▷   $          **15,210.10**

Total  ▷   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re **Gregory E Pierce** _____     Case No. _____
                                      Debtor                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **11199114**<br><br>**Margaret R Pardee**<br>**PO Box 1370**<br>**Hendersonville, NC 28793-1370** | | | **03/01/2000**<br>**Medical bills** | | | | **1,386.94** |
| ACCOUNT NO.   **10807576**<br><br>**Margaret R Pardee Memorial Hospital**<br>**715 Fleming Street**<br>**Hendersonville, NC 28791** | | | **12/01/1999**<br>**Medical bills** | | | | **3,310.85** |
| ACCOUNT NO.   **10717916**<br><br>**Margaret R Pardee Memorial Hospital**<br>**715 Fleming Street**<br>**Hendersonville, NC 28791**<br><br><br>**Credit Bureau Collection Service**<br>**PO Box 26140**<br>**Greensboro, NC 27402-6140** | | | **11/01/1999**<br>**Medical bills** | | | | **2,563.45** |
| ACCOUNT NO.   **10870319**<br><br>**Margaret R Pardee Memorial Hospital**<br>**PO Box 1370**<br>**Hendersonville, NC 28793-1370** | | | **01/01/2000**<br>**Medical bills** | | | | **954.80** |
| ACCOUNT NO.   **702909536**<br><br>**Medical City Dallas Hospital**<br>**c/o RMA/JVS**<br>**PO Box 105334**<br>**Atlanta, GA 30348** | | | **Credit card purchases** | | | | **588.56** |

Sheet no. _12_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ | $ | **8,804.60**

Total ▷ | $ |

(Use only on last page of the completed Schedule F.)
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re **Gregory E Pierce**                                      Case No. _____
_____
Debtor                                               (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **7203** | | | | | | | 365.00 |
| **Meridian Financial Services**<br>**PO Box 1410**<br>**Asheville, NC 28802** | | | **Medical bills** | | | | |
| ACCOUNT NO.   **1094** | | | **11/01/2001** | | | | 275.00 |
| **Michael Feld, MD**<br>**1000 Skokie Blvd Suite 425**<br>**Wilmette, IL 60091** | | | **Medical Bills** | | | | |
| ACCOUNT NO.   **689** | | | **01/01/2000** | | | | 255.00 |
| **Michael Sheehan MD**<br>**3820 Northdale Blvd Ste 300B**<br>**Tampa, FL 33624** | | | **Medical bills** | | | | |
| ACCOUNT NO.   **1445359** | | | | | | | 70.00 |
| **Mutual of Omaha**<br>**PO Box 1602**<br>**Omaha, NE 68101** | | | **Medical bills** | | | | |
| ACCOUNT NO.   **4271382260141987** | | | **07/13/2006** | | | | 16,532.53 |
| **NCO Financial Systems Inc**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | | **Citiban Credit Card** | | | | |

Sheet no. __13_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ▷  $   **17,497.53**

Total  ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Gregory E Pierce** _____   Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5396820022284857** **Northland Group Inc** **PO Box 390846** **Edina, MN 55439** | | | 05/31/2007 **Genesis Financial Solutions** **AT&T Universal Card** | | | | 8,015.63 |
| ACCOUNT NO. **4800129999048110** **Northland Group Inc** **PO Box 390846** **Edina, MN 55439** | | | 08/17/2003 **MBNA Amer Bank** | | | | 24,738.17 |
| ACCOUNT NO. **6011308100313866** **Northstar Location Services LLC** **4285 Genesee Street** **Cheektowaga, NY 14225-1943** | | | 05/10/2007 **Discover Financial Services** | | | | 2,972.77 |
| ACCOUNT NO. **22708244** **Northwest Community Hospital** **PO Box 95698** **Chicago, IL 60694-5698** **CB Accounts** **114 State Street Suite 3C** **Peoria, IL 61602** | | | **Medical bills** | | | | 44.00 |
| ACCOUNT NO. **22693590** **Northwest Community Hospital** **PO Box 95698** **Chicago, IL 60694-5698** | | | **Medical bills** | | | | 550.00 |

Sheet no. 14 of 23 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷ $  36,320.57

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Gregory E Pierce** _____    Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **22693590** <br><br> **Northwest Community Hospital** <br> **c/o RPM Inc** <br> **PO Box 598148** <br> **Chicago, IL 60659-8148** | | | **01/01/2001** <br><br> **Medical bills** <br> **other accout# 22708244** | | | | **594.00** |
| ACCOUNT NO. **1445359** <br><br> **Palms of Pasadena Cashier** <br> **1501 Pasadena Avenue** <br> **St Petersburg, FL 33707** | | | **04/01/2000** <br><br> **Medical bills** | | | | **70.00** |
| ACCOUNT NO. **PIER788** <br><br> **Park Ridge Cardiology LLC** <br> **PO Box 5400** <br> **Fletcher, NC 28732-5400** | | | **10/01/1999** <br><br> **Medical bills** | | | | **450.00** |
| ACCOUNT NO. **XFN00000408467F** <br><br> **Park Ridge Emergency Phys** <br> **PO Box 2249** <br> **Pawleys Island, SC 29585** <br><br><br> **First Collect Inc** <br> **PO Box 7000** <br> **Sparks-Glencoe, MD 21152-7000** | | | **07/01/1999** <br><br> **Medical bills** | | | | **165.00** |
| ACCOUNT NO. **XFN00000418981** <br><br> **Park Ridge Emergency Phys** <br> **PO Box 2249** <br> **Pawleys Island, SC 29585** | | | **10/01/1999** <br><br> **Medical bills** | | | | **255.00** |

Sheet no. _15_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **1,534.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  **Gregory E Pierce**                                              Case No. _____
_____
Debtor                                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **XFN00000441661** | | | 03/01/2000 | | | | 165.00 |
| **Park Ridge Emergency Physicians** **PO Box 2249** **Pawleys Island, SC 29585** **First Collect Inc** **PO Box 7000** **Sparks-Glencoe, MD 21152-7000** | | | **Medical bills** | | | | |
| ACCOUNT NO.  **1546456** | | | 07/01/1999 | | | | 4,797.58 |
| **Park Ridge Hospital** **PO Box 1569** **Fletcher, NC 28732** **North American Credit Services** **PO Box 182221** **Chattanooga, TN 37422** | | | **Medical bills** | | | | |
| ACCOUNT NO.  **418981-001** | | | | | | | 4,625.58 |
| **Park Ridge Hospital** **PO Box 1569** **Fletcher, NC 28732** | | | **Medical bills** | | | | |
| ACCOUNT NO.  **1603386** | | | 07/01/1999 | | | | 558.20 |
| **Park Ridge Hospital** **PO Box 1569** **Fletcher, NC 28732** **North American Credit Services** **PO Box 182221** **Chattanooga, TN 37422** | | | **Medical bills** | | | | |

Sheet no.  16  of  23  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ▷  $        **10,146.36**

Total  ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Gregory E Pierce** _____    Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **414309** <br><br> **Park Ridge Hospital** <br> **PO Box 1569** <br> **Fletcher, NC 28732** | | | **09/01/1999** <br> **Medical bills** | | | | **172.00** |
| ACCOUNT NO.  **3464268** <br><br> **Parkland Memorial Hospital** <br> **co NCO Financial Systems** <br> **PO Box 967** <br> **Lilburn, GA 30048-0967** | | | **Medical bills** | | | | **967.00** |
| ACCOUNT NO.  **B 17891953** <br><br> **Pathologists Bio-Medical Labor** <br> **PO Box CS 11 J018** <br> **Dallas, TX 75246** | | | **Medical bills** | | | | **15.75** |
| ACCOUNT NO.  **PD 4006977-0** <br><br> **Pathology CHP SC** <br> **5221 N Harlem Avenue** <br> **Chicago, IL 60656** | | | **10/01/2001** <br> **Medical bills** | | | | **15.00** |
| ACCOUNT NO.  **9724278** <br><br> **Physicians Interpretive Serv** <br> **PO Box 741028** <br> **Dallas, TX 75374-1028** | | | **10/01/1997** <br> **Medical bills** | | | | **65.00** |

Sheet no. __17__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ▷  $ **1,234.75**

Total  ▷  $ 

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Gregory E Pierce** _____      Case No. _____
                                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **71000-46001998040**<br><br>**Presbyterian Hospital-Dallas co Prime Financial Services 3100 Monticello Suite 890 Dallas, TX 75205-3441** | | | Medical bills | | | | 1,929.52 |
| ACCOUNT NO.   **358721564**<br><br>**Pro Med Paramedic Services 509 S Vermont St Palatine, IL 60067** | | | 02/05/2005<br>Medical bill | | | | 612.00 |
| ACCOUNT NO.   **18075**<br><br>**Quality Healthcare Associates PO Box 1820 Hendersonville, NC 28793** | | | 03/01/2000<br>Medical bills | | | | 183.00 |
| ACCOUNT NO.   **H000673807**<br><br>**Questcare Medical Services PO Box 869326 Plano, TX 75086**<br><br><br>**BHA Financial Bureau Inc PO Box 1295 Murfreesboro, TN 37133 H0006738** | | | 12/01/1998<br>Medical bills | | | | 204.00 |
| ACCOUNT NO.   **192853**<br><br>**Regional Laboratory & Path co United Revenue Corporation 204 Billings Suite 120 Arlington, TX 76010** | | | Medical bills | | | | 59.60 |

Sheet no. _18_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ▷  $      **2,988.12**

Total  ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  **Gregory E Pierce**                                                    Case No. _____
                                    Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **0107500002045**<br><br>**Resurrection/St Anthonys Hosp<br>co Nationwide Credit & Collection<br>9919 Roosevelt Road<br>Westchester, IL 60154** | | | **10/28/2001**<br><br>**Medical bills** | | | | **644.00** |
| ACCOUNT NO.<br><br>**Sachin R Shenoy MD<br>418 8th Avenue West<br>Hendersonville, NC 28791** | | | **Medical bills** | | | | **143.00** |
| ACCOUNT NO.  **212923**<br><br>**Schaumburg Fire Dept<br>Department V PO Box 457<br>Wheeling, IL 60090**<br><br><br>**Harvard Collection Services<br>4839 N Elston Avenue<br>Chicago, IL 60630-2534<br>Identification #6159632** | | | **12/14/2001**<br><br>**Medical bills** | | | | **50.00** |
| ACCOUNT NO.  **212923**<br><br>**Schaumburg Fire Dept<br>Department V PO Box 457<br>Wheeling, IL 60090**<br><br><br>**Harvard Collection Services<br>4839 N Elston Avenue<br>Chicago, IL 60630-2534<br>Identification #6158315** | | | **12/29/2001**<br><br>**Medical bills** | | | | **50.00** |

Sheet no.  _19_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **887.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Gregory E Pierce** _____    Case No. _____
                                         Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **21257004988482** <br><br> **Schaumburg TWP District Library** <br> **130 S Roselle Road** <br> **Schaumburg, IL 60193** | | | 12/01/2001 | | | | 28.00 |
| ACCOUNT NO. **393527** <br><br> **Shivalingappa MD** <br> **co ACC International** <br> **919 Estates Court** <br> **Schuamburg, IL 60193-4427** <br><br> **ACC International** <br> **1175 Devin Drive Suite 128** <br> **Norton Shores, MI 49441** | | | 01/01/2001 <br><br> **Medical bills** | | | | 495.00 |
| ACCOUNT NO. **331*1901025** <br><br> **Spartanburg Radiological Assoc** <br> **PO Box 60100** <br> **Cas, SC 29419-0100** <br><br> **Credit Adjustment Bureau, Inc** <br> **PO Box 789** <br> **Charleston, SC 29402** <br> **Account #00212332** | | | 01/01/2000 <br><br> **Medical bills** | | | | 217.00 |
| ACCOUNT NO. **00421959** <br><br> **Spartanburg Regional Med Ctr** <br> **101 E Wood Street** <br> **Spartanburg, SC 29303-3072** | | | 02/01/2000 <br><br> **Medical bills** | | | | 308.40 |

Sheet no. _20_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal > $ **1,048.40**

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Gregory E Pierce**                                          Case No. _____
_____
Debtor                                                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0087044395-7** <br><br> **Sprint PCS** <br> **PO Box 219718** <br> **Kansas City, MO 64121-9718** | | | **Credit purchase** | | | | 193.88 |
| ACCOUNT NO. **0087044395-7** <br><br> **Sprint PCS** <br> **co Professional Credit Serv** <br> **500 Bi-County Blvd Ste 350** <br> **Farmingdale, NY 11735-3931** <br><br> **CBCS** <br> **PO Box 163250** <br> **Columbus, OH 43216-3250** | | | **01/01/2002** <br> **Credit purchase** | | | | 306.80 |
| ACCOUNT NO. **704006977** <br><br> **St Anthony Hospital** <br> **135 S LaSalle Dept 1849** <br> **Chicago, IL 60674-1849** | | | **01/01/2000** <br> **Medical bills** | | | | 644.00 |
| ACCOUNT NO. **01122797** <br><br> **Sunstar** <br> **PO Box 31074** <br> **Tampa, FL 33631-3074** | | | **04/01/2000** <br> **Medical bills** | | | | 382.20 |
| ACCOUNT NO. **run no 01-237067** <br><br> **Superior Air Ground Amb Serv** <br> **PO Box 1407** <br> **Elmhurst, IL 60126** | | | **12/01/2000** <br> **Medical bills** | | | | 589.00 |

Sheet no. _21_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal    >    $        2,115.88

Total    >    $ _____

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  **Gregory E Pierce**                                              Case No. _____
                              Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **RBB*1891122.1**<br><br>**Texas Diagnostic Imaging**<br>**PO Box 970336**<br>**Dallas, TX 75397-0336** | | | **05/01/1999**<br>**Medical bills** | | | | **29.00** |
| ACCOUNT NO.  **134035**<br><br>**The Miller Opthopaedic Clinic**<br>**PO Box 651447**<br>**Charlotte, NC 28265-1447** | | | **03/01/2000**<br>**Medical bills** | | | | **64.00** |
| ACCOUNT NO.  **01-133363**<br><br>**Trend Community MH Services**<br>**800 Fleming Street**<br>**Hendersonville, NC 28791** | | | **Medical bills** | | | | **45.00** |
| ACCOUNT NO.  **Pierce0001**<br><br>**William Mollohan DO**<br>**1551 Bond Steet Suite 127**<br>**Naperville, IL 60563** | | | **04/14/2006**<br>**medical bill** | | | | **821.00** |

Sheet no. _22_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤  | $ | 959.00 |

Total  ➤  | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Gregory E Pierce**                                              Case No. _____
_____                                              (If known)
                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **4190080891161527** | | | 06/05/2007 | | | | 14,391.28 |
| **Wolpoff & Abramson LLP** **Two Irvington Centre 702 King Farm Rd** **Rockville, MD 20850-5775** | | | **Palisades Acquistn** | | | | |
| **The Law Center** **4460 Corporation Lane Suite 306** **Virginia Beach, VA 23462** **File# 140354** | | | | | | | |
| **Blatt Hasenmiller Leibsker Moore** **PO Box 5463** **Chicago, IL 60680-5463** **ref # 1907300** | | | | | | | |

Sheet no. _23_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ›  $ **14,391.28**

Total  ›  $ **198,046.38**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**Jonathan G. Anderson    03128613**
**Anderson & Associates, P.C.**
**1701 E. Woodfield Road, Suite 1050**
**Schaumburg, IL  60173**

**(847) 995-9999**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In Re:
Debtor:  **Gregory E Pierce**
Social Security Number:  **1564**

Case No:

Chapter  **7**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1.  **ACC International**<br>**919 Estes Court**<br>**Schaumburg, IL 60193-4427** | **Unsecured Claims** | **$    242.02** |
| 2.  **Airport Parking Operations**<br>**PO Box 619428**<br>**DFW Airport, TX 75261-9428** | **Unsecured Claims** | **$    125.00** |
| 3.  **Alexian Bros**<br>**1650 Moon Lake Blvd**<br>**Hoffman Estates, IL 60194** | **Unsecured Claims** | **$    350.00** |
| 4.  **Alexian Bros**<br>**1650 Moon Lake Blvd**<br>**Hoffman Estates, IL 60194-1010** | **Unsecured Claims** | **$  4,302.75** |
| 5.  **Alexian Bros**<br>**800 Biesterfield Road**<br>**Elk Grove Village, IL 60007** | **Unsecured Claims** | **$    964.20** |

In re:  **Gregory E Pierce**                                              Case No. _____

| | | |
|---|---|---|
| 6. | **Alexian Bros**<br>**800 Biesterfield Road**<br>**Elk Grove Village, IL 60007** | **Unsecured Claims** | **$ 6,627.15** |
| 7. | **Alexian Bros Health Hospital**<br>**1650 Moon Lake Blvd**<br>**Hoffman Estates, IL 60194** | **Unsecured Claims** | **$ 4,302.75** |
| 8. | **Alexian Bros Medical Center**<br>**800 Biesterfield Road**<br>**Elk Grove Village, IL 60007** | **Unsecured Claims** | **$ 5,150.80** |
| 9. | **Alexian Bros Medical Center**<br>**800 Biesterfield Road**<br>**Elk Grove Village, IL 60007** | **Unsecured Claims** | **$ 12,742.15** |
| 10. | **Allied Interstate**<br>**3000 Corporate Dr 5th Floor**<br>**Columbus, OH 43231** | **Unsecured Claims** | **$ 8,339.78** |
| 11. | **Arlington Ridge Pathology SC**<br>**520 E 22nd Street**<br>**Lombard, IL 60148** | **Unsecured Claims** | **$ 263.00** |
| 12. | **Asset Acceptence LLC** | **Unsecured Claims** | **$ 3,829.97** |
| 13. | **Assoc Pathologists of Joliet**<br>**330 Madison Street Suite 200A**<br>**Joliet, IL 60435** | **Unsecured Claims** | **$ 427.71** |
| 14. | **Aurora Radiology Consultants**<br>**520 E 22nd Street**<br>**Lombard, IL 60148** | **Unsecured Claims** | **$ 40.00** |

In re:  **Gregory E Pierce**

Case No. _____

| | | | |
|---|---|---|---|
| 15. | **Biehl & Biehl**<br>**PO Box 66415**<br>**Chicago, IL 60666-0415** | **Unsecured Claims** | **$ 25.00** |
| 16. | **Blue Ridge Health Center**<br>**PO Box 5151**<br>**Hendersonville, NC 28793** | **Unsecured Claims** | **$ 583.00** |
| 17. | **Broward Adjustment Services**<br>**2876 E Oakland Park Blvd**<br>**PO Box 11879**<br>**Ft Lauderdale, FL 3339** | **Unsecured Claims** | **$ 35.00** |
| 18. | **Capital Management Services**<br>**726 Exchange Street Suite 700**<br>**Buffalo, NY 14210** | **Unsecured Claims** | **$ 7,871.46** |
| 19. | **Cardiology Assoc of AMI**<br>**PO Box 693102**<br>**Miami, FL 33269-0102** | **Unsecured Claims** | **$ 40.00** |
| 20. | **Cary Bortnick, MD**<br>**303 East Army Trail Suite 100**<br>**Bloomingdale, IL 60108** | **Unsecured Claims** | **$ 182.00** |
| 21. | **Central Financial Control**<br>**PO Box 14059**<br>**Orange, CA 92863** | **Unsecured Claims** | **$ 14,907.72** |
| 22. | **City of Chicago**<br>**Department of Revenue-EMS**<br>**PO Box 805030**<br>**Chicago, IL 60680** | **Unsecured Claims** | **$ 320.00** |
| 23. | **City of Chicago Revenue Dept**<br>**c/o Wexler & Wexler**<br>**500 W Madison St Ste 2910**<br>**Chicago, IL 60661** | **Unsecured Claims** | **$ 320.00** |

In re:   **Gregory E Pierce**                                                      Case No. _____

| | | |
|---|---|---|
| 24. | **City of Farmers Branch EMS**<br>**PO Box 819010**<br>**Farmers Branch, TX 75381-9010** | **Unsecured Claims**   $   332.00 |
| 25. | **Columbia Kendall Medical Care**<br>**11750 Bird Road**<br>**Miami, FL 33175-3630** | **Unsecured Claims**   $  1,635.85 |
| 26. | **Columbia Med City Dallas HSP**<br>**c/o Equifax**<br>**PO Box 550890**<br>**Jacksonville, FL 32255** | **Unsecured Claims**   $   588.86 |
| 27. | **Dallas County Hospital Dist**<br>**PO Box 660599**<br>**Dallas, TX 75266-0599** | **Unsecured Claims**   $   967.00 |
| 28. | **Dallas Radiologists OS**<br>**c/o MBI**<br>**8150 Brookriver Dr Ste S600**<br>**Dallas, TX 75247** | **Unsecured Claims**   $    35.00 |
| 29. | **Denderson County RMS**<br>**820 N Justice Street**<br>**Denderson, NC 28791** | **Unsecured Claims**   $   315.00 |
| 30. | **DuPage County Internal Medicine LLC**<br>**350 W Kensington Road Suite 115**<br>**Mt Prospect, IL 60056** | **Unsecured Claims**   $   495.00 |
| 31. | **Edward Hospital & Health Service**<br>**801 S Washington Street**<br>**Naperville, IL 60540-7060** | **Unsecured Claims**   $  1,320.50 |
| 32. | **Elk Grove Cardiology Associates**<br>**641 E Butterfield Rd Ste 407**<br>**Lombard, IL 60148** | **Unsecured Claims**   $    28.00 |

In re:   **Gregory E Pierce**                                    Case No. _____

| | | |
|---|---|---|
| 33 . | **Elk Grove Lab Physicians PC**<br>**c/o Harvard Collections**<br>**4839 N Elston Avenue**<br>**Chicago, IL 60630-2534** | **Unsecured Claims** | **$   333.00** |
| 34 . | **Elk Grove Lab Physicians PC**<br>**Det 77-9154**<br>**Chicago, IL 60678** | **Unsecured Claims** | **$   157.50** |
| 35 . | **Elk Grove Lab Physicians PC**<br>**Dept 77-9154**<br>**Chicago, IL 60678** | **Unsecured Claims** | **$   176.50** |
| 36 . | **Emergency & Ambulatory Ca**<br>**33 W Higgins Suite 4040**<br>**S Barrington, IL 60010-9355** | **Unsecured Claims** | **$   155.00** |
| 37 . | **Emergency & Ambulatory Care**<br>**33 W Higgins Suite 4040**<br>**S Barrington, IL 60010-9355** | **Unsecured Claims** | **$  1,220.00** |
| 38 . | **Emergency & Amulatory Ca**<br>**33 W Higgins Suite 4040**<br>**S Barrington, IL 60010-9355** | **Unsecured Claims** | **$   420.00** |
| 39 . | **Emergency Physician Palms**<br>**Boyajian Law Offices**<br>**201 Rt 17 N 5th Floor**<br>**Rutherford, NJ 07070-2574** | **Unsecured Claims** | **$   385.23** |
| 40 . | **Emergency Physicians Palms**<br>**PO Box 189047**<br>**Plantation, FL 33318** | **Unsecured Claims** | **$   248.00** |
| 41 . | **Emergency Physicians-Kendall**<br>**c/o David E Newman PA**<br>**1533 Sunset Drive Suite 225**<br>**Coral Gables, FL 33143** | **Unsecured Claims** | **$   363.00** |

In re:   **Gregory E Pierce**                                    Case No. _____

| | | | |
|---|---|---|---|
| 42. | **Fox Valley Cariovascular Cons**<br>**1320 N Highland Ave Suite A**<br>**Aurora, IL 60506** | **Unsecured Claims** | **$   23.50** |
| 43. | **Frost Arnett Company**<br>**PO Box 561009**<br>**Dallas, TX 75356-1009** | **Unsecured Claims** | **$   15.75** |
| 44. | **Green Mountain Pain & Palliati**<br>**PO Box 75408**<br>**Charlotte, NC 28275-0408** | **Unsecured Claims** | **$   355.64** |
| 45. | **Henderson County**<br>**Office of Budget & Finance**<br>**113 N Main Street**<br>**Hendersonville, NC 28792** | **Unsecured Claims** | **$   75.00** |
| 46. | **Hendersonville Emerg Phys Assoc**<br>**PO Box 16775**<br>**Durham, NC 27704** | **Unsecured Claims** | **$   468.00** |
| 47. | **Hendersonville Emergency Physicians**<br>**c/o First Collect Inc**<br>**PO Box 7200**<br>**Sparks-Glencoe, MD 21152-7200** | **Unsecured Claims** | **$   314.00** |
| 48. | **Hendersonville Family Health**<br>**604 Connor Avenue**<br>**Hendersonville, NC 28791** | **Unsecured Claims** | **$   100.00** |
| 49. | **Hendersonville Neurology PLLC**<br>**418 8th Avenue West**<br>**Hendersonville, NC 28791-3604** | **Unsecured Claims** | **$   143.00** |
| 50. | **Hendersonville Radiological**<br>**807 N Justice Street**<br>**Hendersonville NC** | **Unsecured Claims** | **$   273.00** |

In re:   **Gregory E Pierce**                                                           Case No. _____

| | | |
|---|---|---|
| **51.** | **Hendersonville Sports Medicine**<br>**136 S King Street Suite E**<br>**Hendersonville, NC 28792** | **Unsecured Claims**   **$ 1,946.00** |
| **52.** | **Hospital Pathologists**<br>**5901 SW 74 St #202**<br>**Miami, FL 33143-5176** | **Unsecured Claims**   **$ 107.60** |
| **53.** | **JH Stroger Hospital of Cook Cty**<br>**PO Box 70121**<br>**Chicago, IL 60673-5698** | **Unsecured Claims**   **$ 99.60** |
| **54.** | **KCA Financial Services**<br>**PO Box 53**<br>**Geneva, IL 60134-0053** | **Unsecured Claims**   **$ 14,855.00** |
| **55.** | **KCA Financial Services**<br>**628 North Street**<br>**PO Box 53**<br>**Geneva, IL 60134** | **Unsecured Claims**   **$ 30.00** |
| **56.** | **Hendersonville Radiological**<br>**807 N Justice Street**<br>**Hendersonville, NC 28791** | **Unsecured Claims**   **$ 28.00** |
| **57.** | **Margaret Pardee Hospital OP**<br>**co Credit Bureau Collections**<br>**PO Box 26140**<br>**Greensboro, NC 27402-6140** | **Unsecured Claims**   **$ 117.90** |
| **58.** | **Margaret R Pardee**<br>**PO Box 1370**<br>**Hendersonville, NC 28793-1370** | **Unsecured Claims**   **$ 1,386.94** |
| **59.** | **Margaret R Pardee Memorial Hospital**<br>**715 Fleming Street**<br>**Hendersonville, NC 28791** | **Unsecured Claims**   **$ 3,310.85** |

In re:   **Gregory E Pierce**                                      Case No. _____

| 60. | **Margaret R Pardee Memorial Hospital**<br>**715 Fleming Street**<br>**Hendersonville, NC 28791** | **Unsecured Claims** | **$ 2,563.45** |
|---|---|---|---|
| 61. | **Margaret R Pardee Memorial Hospital**<br>**PO Box 1370**<br>**Hendersonville, NC 28793-1370** | **Unsecured Claims** | **$ 954.80** |
| 62. | **Medical City Dallas Hospital**<br>**c/o RMA/JVS**<br>**PO Box 105334**<br>**Atlanta, GA 30348** | **Unsecured Claims** | **$ 588.56** |
| 63. | **Meridian Financial Services**<br>**PO Box 1410**<br>**Asheville, NC 28802** | **Unsecured Claims** | **$ 365.00** |
| 64. | **Michael Feld, MD**<br>**1000 Skokie Blvd Suite 425**<br>**Wilmette, IL 60091** | **Unsecured Claims** | **$ 275.00** |
| 65. | **Michael Sheehan MD**<br>**3820 Northdale Blvd Ste 300B**<br>**Tampa, FL 33624** | **Unsecured Claims** | **$ 255.00** |
| 66. | **Mutual of Omaha**<br>**PO Box 1602**<br>**Omaha, NE 68101** | **Unsecured Claims** | **$ 70.00** |
| 67. | **NCO Financial Systems Inc**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | **Unsecured Claims** | **$ 16,532.53** |
| 68. | **Northland Group Inc**<br>**PO Box 390846**<br>**Edina, MN 55439** | **Unsecured Claims** | **$ 8,015.63** |

In re:   **Gregory E Pierce**                                        Case No. _____

| 69. | **Northland Group Inc**<br>**PO Box 390846**<br>**Edina, MN 55439** | **Unsecured Claims** | **$ 24,738.17** |
|---|---|---|---|
| 70. | **Northstar Location Services LLC**<br>**4285 Genesee Street**<br>**Cheektowaga, NY 14225-1943** | **Unsecured Claims** | **$ 2,972.77** |
| 71. | **Northwest Community Hospital**<br>**PO Box 95698**<br>**Chicago, IL 60694-5698** | **Unsecured Claims** | **$ 44.00** |
| 72. | **Northwest Community Hospital**<br>**PO Box 95698**<br>**Chicago, IL 60694-5698** | **Unsecured Claims** | **$ 550.00** |
| 73. | **Northwest Community Hospital**<br>**c/o RPM Inc**<br>**PO Box 598148**<br>**Chicago, IL 60659-8148** | **Unsecured Claims** | **$ 594.00** |
| 74. | **Palms of Pasadena Cashier**<br>**1501 Pasadena Avenue**<br>**St Petersburg, FL 33707** | **Unsecured Claims** | **$ 70.00** |
| 75. | **Park Ridge Cardiology LLC**<br>**PO Box 5400**<br>**Fletcher, NC 28732-5400** | **Unsecured Claims** | **$ 450.00** |
| 76. | **Park Ridge Emergency Phys**<br>**PO Box 2249**<br>**Pawleys Island, SC 29585** | **Unsecured Claims** | **$ 165.00** |
| 77. | **Park Ridge Emergency Phys**<br>**PO Box 2249**<br>**Pawleys Island, SC 29585** | **Unsecured Claims** | **$ 255.00** |

In re:   **Gregory E Pierce**                                      Case No. _____

| | | | |
|---|---|---|---|
| 78. | **Park Ridge Emergency Physicians**<br>**PO Box 2249**<br>**Pawleys Island, SC 29585** | **Unsecured Claims** | **$   165.00** |
| 79. | **Park Ridge Hospital**<br>**PO Box 1569**<br>**Fletcher, NC 28732** | **Unsecured Claims** | **$  4,797.58** |
| 80. | **Park Ridge Hospital**<br>**PO Box 1569**<br>**Fletcher, NC 28732** | **Unsecured Claims** | **$  4,625.58** |
| 81. | **Park Ridge Hospital**<br>**PO Box 1569**<br>**Fletcher, NC 28732** | **Unsecured Claims** | **$   558.20** |
| 82. | **Park Ridge Hospital**<br>**PO Box 1569**<br>**Fletcher, NC 28732** | **Unsecured Claims** | **$   172.00** |
| 83. | **Parkland Memorial Hospital**<br>**co NCO Financial Systems**<br>**PO Box 967**<br>**Lilburn, GA 30048-0967** | **Unsecured Claims** | **$   967.00** |
| 84. | **Pathologists Bio-Medical Labor**<br>**PO Box CS 11 J018**<br>**Dallas, TX 75246** | **Unsecured Claims** | **$   15.75** |
| 85. | **Pathology CHP SC**<br>**5221 N Harlem Avenue**<br>**Chicago, IL 60656** | **Unsecured Claims** | **$   15.00** |
| 86. | **Physicians Interpretive Serv**<br>**PO Box 741028**<br>**Dallas, TX 75374-1028** | **Unsecured Claims** | **$   65.00** |

In re:   **Gregory E Pierce**

Case No. _____

| | | |
|---|---|---|
| 87 . | **Presbyterian Hospital-Dallas**<br>**co Prime Financial Services**<br>**3100 Monticello Suite 890**<br>**Dallas, TX 75205-3441** | **Unsecured Claims** | **$ 1,929.52** |
| 88 . | **Pro Med Paramedic Services**<br>**509 S Vermont St**<br>**Palatine, IL 60067** | **Unsecured Claims** | **$ 612.00** |
| 89 . | **Quality Healthcare Associates**<br>**PO Box 1820**<br>**Hendersonville, NC 28793** | **Unsecured Claims** | **$ 183.00** |
| 90 . | **Questcare Medical Services**<br>**PO Box 869326**<br>**Plano, TX 75086** | **Unsecured Claims** | **$ 204.00** |
| 91 . | **Regional Laboratory & Path**<br>**co United Revenue Corporation**<br>**204 Billings Suite 120**<br>**Arlington, TX 76010** | **Unsecured Claims** | **$ 59.60** |
| 92 . | **Resurrection/St Anthonys Hosp**<br>**co Nationwide Credit & Collection**<br>**9919 Roosevelt Road**<br>**Westchester, IL 60154** | **Unsecured Claims** | **$ 644.00** |
| 93 . | **Sachin R Shenoy MD**<br>**418 8th Avenue West**<br>**Hendersonville, NC 28791** | **Unsecured Claims** | **$ 143.00** |
| 94 . | **Schaumburg Fire Dept**<br>**Department V PO Box 457**<br>**Wheeling, IL 60090** | **Unsecured Claims** | **$ 50.00** |
| 95 . | **Schaumburg Fire Dept**<br>**Department V PO Box 457**<br>**Wheeling, IL 60090** | **Unsecured Claims** | **$ 50.00** |

In re:   **Gregory E Pierce**

Case No. _____

| | | | |
|---|---|---|---|
| 96. | **Schaumburg TWP District Library**<br>**130 S Roselle Road**<br>**Schaumburg, IL 60193** | **Unsecured Claims** | **$  28.00** |
| 97. | **Shivalingappa MD**<br>**co ACC International**<br>**919 Estates Court**<br>**Schuamburg, IL 60193-4427** | **Unsecured Claims** | **$  495.00** |
| 98. | **Spartanburg Radiological Assoc**<br>**PO Box 60100**<br>**Cas, SC 29419-0100** | **Unsecured Claims** | **$  217.00** |
| 99. | **Spartanburg Regional Med Ctr**<br>**101 E Wood Street**<br>**Spartanburg, SC 29303-3072** | **Unsecured Claims** | **$  308.40** |
| 100. | **Sprint PCS**<br>**PO Box 219718**<br>**Kansas City, MO 64121-9718** | **Unsecured Claims** | **$  193.88** |
| 101. | **Sprint PCS**<br>**co Professional Credit Serv**<br>**500 Bi-County Blvd Ste 350**<br>**Farmingdale, NY 11735-3931** | **Unsecured Claims** | **$  306.80** |
| 102. | **St Anthony Hospital**<br>**135 S LaSalle Dept 1849**<br>**Chicago, IL 60674-1849** | **Unsecured Claims** | **$  644.00** |
| 103. | **Sunstar**<br>**PO Box 31074**<br>**Tampa, FL 33631-3074** | **Unsecured Claims** | **$  382.20** |
| 104. | **Superior Air Ground Amb Serv**<br>**PO Box 1407**<br>**Elmhurst, IL 60126** | **Unsecured Claims** | **$  589.00** |

In re:    **Gregory E Pierce**                                                        Case No. _____

105 .   **Texas Diagnostic Imaging**          **Unsecured Claims**                 $    29.00
        **PO Box 970336**
        **Dallas, TX 75397-0336**

106 .   **The Miller Opthopaedic Clinic**     **Unsecured Claims**                 $    64.00
        **PO Box 651447**
        **Charlotte, NC 28265-1447**

107 .   **Trend Community MH Services**       **Unsecured Claims**                 $    45.00
        **800 Fleming Street**
        **Hendersonville, NC 28791**

108 .   **William Mollohan DO**               **Unsecured Claims**                 $   821.00
        **1551 Bond Steet Suite 127**
        **Naperville, IL 60563**

109 .   **Wolpoff & Abramson LLP**            **Unsecured Claims**                 $  14,391.28
        **Two Irvington Centre 702 King Farm Rd**
        **Rockville, MD 20850-5775**

In re:    **Gregory E Pierce**

Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

 I, **Gregory E Pierce** , named as debtor in this case, declare under penalty of perjury that I have have read the foregoing Numbered Listing of Creditors, consisting of **13 sheets** (not including this declaration), and that it is true to the best of my information and belief.

Signature:    **s/ Gregory E Pierce** _____

**Gregory E Pierce**

Dated:    **9/28/2007** _____

Form B6G
(10/05)

In re: **Gregory E Pierce** _____,     Case No. _____
                              **Debtor**                                      **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

Form B6H
(10/05)

In re:  **Gregory E Pierce** _____.        **Case No.** _____
                          **Debtor**                                        **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

**Official Form 6I (10/06)**

In re  **Gregory E Pierce** _____    Case No. _____
          Debtor                                        (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status:  **single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **truck driver** | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 541.67 | $ |
| 2. Estimate monthly overtime | $ 0.00 | $ |
| 3. SUBTOTAL | $ 541.67 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ |
| b. Insurance | $ 0.00 | $ |
| c. Union dues | $ 0.00 | $ |
| d. Other (Specify) | $ 0.00 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 541.67 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ |
| 8. Income from real property | $ 0.00 | $ |
| 9. Interest and dividends | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ |
| 11. Social security or other government assistance (Specify) | $ 0.00 | $ |
| 12. Pension or retirement income | $ 0.00 | $ |
| 13. Other monthly income (Specify) | $ 0.00 | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 541.67 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 541.67 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**NONE**

Official Form 6J (10/06)

In re **Gregory E Pierce**                                              Case No. _____
                                                                              (If known)
                          **Debtor**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
|    a. Are real estate taxes included?  Yes _____  No ✓ | | |
|    b. Is property insurance included?  Yes _____  No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 0.00 |
|    b. Water and sewer | $ | 0.00 |
|    c. Telephone | $ | 60.00 |
|    d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 250.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 40.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 50.00 |
|    e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 0.00 |
|    b. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 600.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
**Student loans are deferred equalling app $15,000**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 541.67 |
|    b. Average monthly expenses from Line 18 above | $ | 600.00 |
|    c. Monthly net income (a. minus b.) | $ | -58.33 |

Official Form 6 - Summary (10/06)

## United States Bankruptcy Court

## Northern District of Illinois

## Eastern Division

In re  **Gregory E Pierce** _____,    Case No. _____

                                    Debtor                           Chapter    _7_ _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $          0.00 | | |
| B - Personal Property | YES | 3 | $      3.039.79 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $          0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 24 | | $    198.046.38 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I -  Current Income of Individual Debtor(s) | YES | 1 | | | $       541.67 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $       600.00 |
| TOTAL | | 36 | $      3,039.79 | $    198,046.38 | |

ACC International
919 Estes Court
Schaumburg, IL 60193-4427


ACC International
1175 Devin Drive Suite 128
Norton Shores, MI 49441


Airport Parking Operations
PO Box 619428
DFW Airport, TX 75261-9428


Alexian Bros
1650 Moon Lake Blvd
Hoffman Estates, IL 60194-1010


Alexian Bros
800 Biesterfield Road
Elk Grove Village, IL 60007


Alexian Bros
1650 Moon Lake Blvd
Hoffman Estates, IL 60194


Alexian Bros Health Hospital
1650 Moon Lake Blvd
Hoffman Estates, IL 60194


Alexian Bros Medical Center
800 Biesterfield Road
Elk Grove Village, IL 60007


Allied Interstate
3000 Corporate Dr 5th Floor
Columbus, OH 43231

Arlington Ridge Pathology SC
520 E 22nd Street
Lombard, IL 60148


Asset Acceptence LLC




Assoc Pathologists of Joliet
330 Madison Street Suite 200A
Joliet, IL 60435



Aurora Radiology Consultants
520 E 22nd Street
Lombard, IL 60148



BHA Financial Bureau Inc
PO Box 1295
Murfreesboro, TN 37133
H0006738


Biehl & Biehl
PO Box 66415
Chicago, IL 60666-0415



Blatt Hasenmiller Leibsker Moore
PO Box 5463
Chicago, IL 60680-5463
ref # 1907300



Blue Ridge Health Center
PO Box 5151
Hendersonville, NC 28793



Broward Adjustment Services
2876 E Oakland Park Blvd
PO Box 11879
Ft Lauderdale, FL 3339

Capital Management Services
726 Exchange Street Suite 700
Buffalo, NY 14210


Cardiology Assoc of AMI
PO Box 693102
Miami, FL 33269-0102


Cary Bortnick, MD
303 East Army Trail Suite 100
Bloomingdale, IL 60108


CB Accounts
114 State Street Suite 3C
Peoria, IL 61602


CBCS
PO Box 163250
Columbus, OH 43216-3250


Central Financial Control
PO Box 14059
Orange, CA 92863


City of Chicago
Department of Revenue-EMS
PO Box 805030
Chicago, IL 60680


City of Chicago Revenue Dept
c/o Wexler & Wexler
500 W Madison St Ste 2910
Chicago, IL 60661


City of Farmers Branch EMS
PO Box 819010
Farmers Branch, TX 75381-9010

Columbia Kendall Medical Care
11750 Bird Road
Miami, FL 33175-3630


Columbia Med City Dallas HSP
c/o Equifax
PO Box 550890
Jacksonville, FL 32255


Credit Adjustment Bureau, Inc
PO Box 789
Charleston, SC 29402
Account #00212332


Credit Bureau Collection Service
PO Box 26140
Greensboro, NC 27402-6140


Dallas County Hospital Dist
PO Box 660599
Dallas, TX 75266-0599


Dallas Radiologists OS
c/o MBI
8150 Brookriver Dr Ste S600
Dallas, TX 75247


Denderson County RMS
820 N Justice Street
Denderson, NC 28791


DuPage County Internal Medicine LLC
350 W Kensington Road Suite 115
Mt Prospect, IL 60056


Edward Hospital & Health Service
801 S Washington Street
Naperville, IL 60540-7060

```
Elk Grove Cardiology Associates
641 E Butterfield Rd Ste 407
Lombard, IL 60148
```

```
Elk Grove Lab Physicians PC
Det 77-9154
Chicago, IL 60678
```

```
Elk Grove Lab Physicians PC
Dept 77-9154
Chicago, IL 60678
```

```
Elk Grove Lab Physicians PC
c/o Harvard Collections
4839 N Elston Avenue
Chicago, IL 60630-2534
```

```
Emergency & Ambulatory Ca
33 W Higgins Suite 4040
S Barrington, IL 60010-9355
```

```
Emergency & Ambulatory Care
33 W Higgins Suite 4040
S Barrington, IL 60010-9355
```

```
Emergency & Amulatory Ca
33 W Higgins Suite 4040
S Barrington, IL 60010-9355
```

```
Emergency Physician Palms
Boyajian Law Offices
201 Rt 17 N 5th Floor
Rutherford, NJ 07070-2574
```

```
Emergency Physicians Palms
PO Box 189047
Plantation, FL 33318
```

Emergency Physicians-Kendall
c/o David E Newman PA
1533 Sunset Drive Suite 225
Coral Gables, FL 33143


First Collect Inc
PO Box 7000
Sparks-Glencoe, MD 21152-7000


Fox Valley Cariovascular Cons
1320 N Highland Ave Suite A
Aurora, IL 60506


Frost Arnett Company
PO Box 561009
Dallas, TX 75356-1009


Green Mountain Pain & Palliati
PO Box 75408
Charlotte, NC 28275-0408


Harris & Harris Ltd
600 W Jackson Blvf Ste 700
Chicago, IL 60661


Harvard Collection Service
4839 N Elston Ave
Chicago, IL 60630


Harvard Collection Services
4839 N Elston Ave
Chicago, IL 60630-2534
Identification #5732634


Harvard Collection Services
4839 N Elston Avenue
Chicago, IL 60630-2534
Identification #6158315

Harvard Collection Services
4839 N Elston Avenue
Chicago, IL 60630-2534
Identification #6159632


Henderson County
Office of Budget & Finance
113 N Main Street
Hendersonville, NC 28792


Hendersonville Emerg Phys Assoc
PO Box 16775
Durham, NC 27704


Hendersonville Emergency Physicians
c/o First Collect Inc
PO Box 7200
Sparks-Glencoe, MD 21152-7200


Hendersonville Family Health
604 Connor Avenue
Hendersonville, NC 28791


Hendersonville Neurology PLLC
418 8th Avenue West
Hendersonville, NC 28791-3604


Hendersonville Radiological
807 N Justice Street
Hendersonville NC


Hendersonville Sports Medicine
136 S King Street Suite E
Hendersonville, NC 28792


Hospital Pathologists
5901 SW 74 St #202
Miami, FL 33143-5176

JH Stroger Hospital of Cook Cty
PO Box 70121
Chicago, IL 60673-5698


KCA Financial Services
PO Box 53
Geneva, IL 60134-0053


KCA Financial Services
628 North Street
PO Box 53
Geneva, IL 60134


Hendersonville Radiological
807 N Justice Street
Hendersonville, NC 28791


Malcom S Gerald & Assoc
332 S Michigan Ave Ste 514
Chicago, IL 60604
Fele# 011


Margaret Pardee Hospital OP
co Credit Bureau Collections
PO Box 26140
Greensboro, NC 27402-6140


Margaret R Pardee
PO Box 1370
Hendersonville, NC 28793-1370


Margaret R Pardee Memorial Hospital
PO Box 1370
Hendersonville, NC 28793-1370


Margaret R Pardee Memorial Hospital
715 Fleming Street
Hendersonville, NC 28791

Medical City Dallas Hospital
c/o RMA/JVS
PO Box 105334
Atlanta, GA 30348


Medical Collection Systems
725 S Wells St Suite 700
Chicago, IL 60607
135-9535


Meridian Financial Services
PO Box 1410
Asheville, NC 28802


Michael Feld, MD
1000 Skokie Blvd Suite 425
Wilmette, IL 60091


Michael Sheehan MD
3820 Northdale Blvd Ste 300B
Tampa, FL 33624


Mutual of Omaha
PO Box 1602
Omaha, NE 68101


NCO Financial Systems Inc
507 Prudential Road
Horsham, PA 19044


North American Credit Services
PO Box 182221
Chattanooga, TN 37422


Northland Group Inc
PO Box 390846
Edina, MN 55439

Northstar Location Services LLC
4285 Genesee Street
Cheektowaga, NY 14225-1943


Northwest Community Hospital
PO Box 95698
Chicago, IL 60694-5698


Northwest Community Hospital
c/o RPM Inc
PO Box 598148
Chicago, IL 60659-8148


OSI Collection Services Inc
PO Box 959
Brookfield, WI 53008
Acct #3100922


Palms of Pasadena Cashier
1501 Pasadena Avenue
St Petersburg, FL 33707


Park Ridge Cardiology LLC
PO Box 5400
Fletcher, NC 28732-5400


Park Ridge Emergency Phys
PO Box 2249
Pawleys Island, SC 29585


Park Ridge Emergency Physicians
PO Box 2249
Pawleys Island, SC 29585


Park Ridge Hospital
PO Box 1569
Fletcher, NC 28732

Parkland Memorial Hospital
co NCO Financial Systems
PO Box 967
Lilburn, GA 30048-0967


Pathologists Bio-Medical Labor
PO Box CS 11 J018
Dallas, TX 75246


Pathology CHP SC
5221 N Harlem Avenue
Chicago, IL 60656


Physicians Interpretive Serv
PO Box 741028
Dallas, TX 75374-1028


Presbyterian Hospital-Dallas
co Prime Financial Services
3100 Monticello Suite 890
Dallas, TX 75205-3441


Pro Med Paramedic Services
509 S Vermont St
Palatine, IL 60067


PRT
PO Box 805030
Chicago, IL 60680-4111


Quality Healthcare Associates
PO Box 1820
Hendersonville, NC 28793


Questcare Medical Services
PO Box 869326
Plano, TX 75086

Regional Laboratory & Path
co United Revenue Corporation
204 Billings Suite 120
Arlington, TX 76010


Resurrection/St Anthonys Hosp
co Nationwide Credit & Collection
9919 Roosevelt Road
Westchester, IL 60154


Robert P Mitovich
725 S Wells St Suite 701
Chicago, IL 60607


Sachin R Shenoy MD
418 8th Avenue West
Hendersonville, NC 28791


Schaumburg Fire Dept
Department V PO Box 457
Wheeling, IL 60090


Schaumburg TWP District Library
130 S Roselle Road
Schaumburg, IL 60193


Shivalingappa MD
co ACC International
919 Estates Court
Schuamburg, IL 60193-4427


Spartanburg Radiological Assoc
PO Box 60100
Cas, SC 29419-0100


Spartanburg Regional Med Ctr
101 E Wood Street
Spartanburg, SC 29303-3072

Sprint PCS
co Professional Credit Serv
500 Bi-County Blvd Ste 350
Farmingdale, NY 11735-3931


Sprint PCS
PO Box 219718
Kansas City, MO 64121-9718


St Anthony Hospital
135 S LaSalle Dept 1849
Chicago, IL 60674-1849


Sunstar
PO Box 31074
Tampa, FL 33631-3074


Superior Air Ground Amb Serv
PO Box 1407
Elmhurst, IL 60126


Texas Diagnostic Imaging
PO Box 970336
Dallas, TX 75397-0336


The Law Center
4460 Corporation Lane Suite 306
Virginia Beach, VA 23462
File# 140354


The Miller Opthopaedic Clinic
PO Box 651447
Charlotte, NC 28265-1447


Trend Community MH Services
800 Fleming Street
Hendersonville, NC 28791

William Mollohan DO
1551 Bond Steet Suite 127
Naperville, IL 60563


Wolpoff & Abramson LLP
Two Irvington Centre 702 King Farm Rd
Rockville, MD 20850-5775

## UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF ILLINOIS
#### EASTERN DIVISION

In Re:                                                  Bankruptcy Case Number: _____

**Gregory E Pierce**


## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____


The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.



Dated:  **9/28/2007**                          **s/ Gregory E Pierce**_____
                                               **Gregory E Pierce**
                                                            Debtor

**Official Form 6 - Declaration (10/06)**

In re  **Gregory E Pierce**  _____              Case No.  _____
Debtor                                                                                        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**38**__ sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.

Date:  __**9/28/2007**__ _____              Signature:  __**s/ Gregory E Pierce**_____
                                                                      **Gregory E Pierce**
                                                                      Debtor

[If joint case, both spouses must sign]


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Official Form 6 - Statistical Summary (10/06)
Form 6-Summ2 (Official Form ) - (10/06)                                    2006 USBC, Central District of California

## United States Bankruptcy Court

Official Form 6 - Statistical Summary (10/06)   UNITED STATES BANKRUPTCY COURT – NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re _____,      Case No. _____

                        Debtors                 Chapter  _____

| **UNITED STATES BANKRUPTCY COURT** | |
|---|---|
| In re                                    Debtor(s). | CHAPTER:  CASE NO.: |
| Debtor(s): | Case No.: (If known) Chapter: |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

## AMENDED - STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

❑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $ |
| TOTAL | $ |

## United States Bankruptcy Court

Official Form 6 - Statistical Summary (10/06)   UNITED STATES BANKRUPTCY COURT – NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re _____   Case No. _____

_____ Debtors   Chapter _____

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| In re                                                      Debtor(s). | CHAPTER:<br>CASE NO.: |
| Debtor(s): | Case No.:<br>(If known)<br>Chapter: |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re:   **Gregory E Pierce**                                          Case No. _____

                                                                       Chapter   **7**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u> (NOTE:  <u>ONLY INCLUDE</u> information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:                $ _____ **0.00**

PART B - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

    2.  Gross Monthly Income:                                           $ _____ **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3.  Net Employee Payroll (Other Than Debtor)                  $ _____ **0.00**
    4.  Payroll Taxes                                                _____ **0.00**
    5.  Unemployment Taxes                                           _____ **0.00**
    6.  Worker's Compensation                                        _____ **0.00**
    7.  Other Taxes                                                  _____ **0.00**
    8.  Inventory Purchases (Including raw  materials)               _____ **0.00**
    9.  Purchase of Feed/Fertilizer/Seed/Spray                       _____ **0.00**
    10. Rent (Other than debtor's principal residence)              _____ **0.00**
    11. Utilities                                                    _____ **0.00**
    12. Office Expenses and Supplies                                 _____ **0.00**
    13. Repairs and Maintenance                                      _____ **0.00**
    14. Vehicle Expenses                                             _____ **0.00**
    15. Travel and Entertainment                                     _____ **0.00**
    16. Equipment Rental and Leases                                  _____ **0.00**
    17. Legal/Accounting/Other Professional Fees                     _____ **0.00**
    18. Insurance                                                    _____ **0.00**
    19. Employee Benefits (e.g., pension, medical, etc.)             _____ **0.00**
    20. Payments to Be Made Directly By Debtor to Secured Creditors For
        Pre-Petition Business Debts (Specify):
        **None**                                                     _____

    21. Other (Specify):

        **None**                                                     _____

    22. Total Monthly Expenses (Add items 3 - 21)                        $ _____ **0.00**

PART D - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)         $ _____ **0.00**

Official Form 7
(04/07)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:  **Gregory E Pierce**                                      ,          Case No. _____

                                    Debtor                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **9,473.00** | **DSK Services**<br>**Hizone Inc**<br>**Bands Co.** | **2005** |
| **6,573.00** | **Family Landscaping & Treet Care Inc** | **2006** |
| **399.00** | **self-employment, snow plower** | **2007 to date** |

## 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

***Complete a. or b., as appropriate, and c.***

None
☑

a.  *Individual or joint debtor(s) with primarily consumer debts*: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less that $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☑

b.  *Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None

☑

c.  *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None

☑ 

a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None

☑ 

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.   Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale,
transferred through a deed in lieu of foreclosure or returned to the seller, within **one year**
immediately preceding the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.   Assignments and receiverships

None
☑

a.   Describe any assignment of property for the benefit of creditors made within **120 days**
immediately preceding the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include any assignment by either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official
within **one year** immediately preceding the commencement of this case.  (Married debtors filing
under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.   Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the
commencement of this case except ordinary and usual gifts to family members aggregating less
than $200 in value per individual family member and charitable contributions aggregating less
than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts
or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses
are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None

☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding
the commencement of this case **or since the commencement of this case**.  (Married debtors filing
under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None

☐

List all payments made or property transferred by or on behalf of the debtor to any persons,
including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law
or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement
of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Anderson & Associates PC** **1701 E Woodfield #1050** **Schuamburg, IL 60173** | **09/2007** | **1800.00** |

## 10.  Other transfers

None

☑

a.  List all other property, other than property transferred in the ordinary course of the business or
financial affairs of the debtor, transferred either absolutely or as security within **two years**
immediately preceding the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include transfers by either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None

☑

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case
to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None


List all financial accounts and instruments held in the name of the debtor or for the benefit of
the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding
the commencement of this case.  Include checking, savings, or other financial accounts,
certificates of deposit, or other instruments; shares and share accounts held in banks, credit
unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information
concerning accounts or instruments held by or for either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12. Safe deposit boxes

None


List each safe deposit or other box or depository in which the debtor has or had securities,
cash, or other valuables within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None


List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor
within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include information concerning either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None


List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **490 Bennett**<br>**Elk Grove, IL** | **Gregory E Pierce** | |
| **Aurora** | **Gregory E Pierce** | |
| **717 Tipperary**<br>**Schaumburg, IL** | **Gregory E Pierce** | |

## 16. Spouses and Former Spouses

None
☑



If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.   List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND<br>ADDRESS | NAME  AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND<br>ADDRESS | NAME  AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

c.      List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☑

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE  EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.       Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|---|---|

* * * * * *

*[if completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **9/28/2007**                                      Signature   **s/ Gregory E Pierce**
                                                          of Debtor   **Gregory E Pierce**

Form 8
(10/05)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re: **Gregory E Pierce**

_____
Debtor

Case No. _____

Chapter **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☐  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **None** | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **None** | | |

**s/ Gregory E Pierce**   **9/28/2007**
_____
**Gregory E Pierce**
Signature of Debtor          Date

Form B1, Exhibit C
(9/01)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:   **Gregory E Pierce**                                    Case No.:

                                                         Chapter:   **7**

                    Debtor(s)

Exhibit "C" to Voluntary Petition

    1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

_____

_____

_____

_____

    2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

_____

_____

_____

_____

Official Form 24
(10/05)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In re  **Gregory E Pierce**                                        ,        Case No. _____

                              Debtor                              Chapter  **7**  _____

## CERTIFICATION TO COURT OF APPEALS
## BY ALL PARTIES

     A notice of appeal having been filed in the above-styled matter on _____, _____,
_____, and _____, *[Names of all the appellants and all the appellees, if any],*  who
are all the appellants [and all the appellees] hereby certify to the court under 28 U.S.C. § 158(d)(2)(A) that a circumstance specified
in 28 U.S.C. § 158(d)(2) exists as stated below.

     Leave to appeal in this matter☐  is ☑ is not required under 28 U.S.C. § 158(a).


     *[The certification shall contain one or more of the following statements, as is appropriate to the circumstances.]*


*Or*


*Or*


     *[The parties may include or attach the information specified in Rule 8003(f)(3)(C).]*

Official Form 24, Cont'd.                                                                      Page 2

Signed: *[If there are more than two signatories, all must sign and provide the information requested below. Attach additional signed sheets if needed.]*


_____
Attorney for Appellant (or Appellant,
if not represented by an attorney)

**Jonathan G. Anderson**
_____
Printed Name of Signer

**1701 E. Woodfield Road, Suite 1050**
**Schaumburg, IL  60173**
_____
Address


**(847) 995-9999**
_____
Telephone No.


**9/28/2007**
_____
Date

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re:    **Gregory E Pierce**

_____

Debtor

Case No. _____

Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 1,800.00 |
| Prior to the filing of this statement I have received | $ | 1,800.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

☒ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:

☐ Debtor      ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d) [Other provisions as needed]

**None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

**representation of the debtor in adversary proceedings and other contested bankruptcy matters**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **9/28/2007**

_____

_____

**Jonathan G. Anderson, Bar No.  03128613**

**Anderson & Associates, P.C.**
Attorney for Debtor(s)

B202 (Form 202) (08/07)

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re   **Gregory E Pierce**

Case Number

Chapter   **7**

## STATEMENT OF MILITARY SERVICE

The Servicemembers' Civil Relief Act of 2003, Pub. L. No. 108-189, provides for the temporary suspension of certain judicial proceedings or transactions that may adversely affect military servicemembers, their dependents, and others. Each party to a bankruptcy case who might be eligible for relief under the act should complete this form and file it with the Bankruptcy Court.

### IDENTIFICATION OF SERVICEMEMBER

❑   Self (Debtor, Codebtor, Creditor, Other)
❑   Non-Filing Spouse of Debtor (name)
❑   Other   (Name of servicemember)
            (Relationship of filer to servicemember)
            (Type of liability)

### TYPE OF MILITARY SERVICE

U.S. Armed Forces (Army, Navy, Air Force, Marine Corps, or Coast Guard) or commissioned officer of the Public Health Service or the National Oceanic and Atmospheric Administration (specify type of service)

❑   Active Service since                                          (date)
❑   Inductee - ordered to report on                              (date)
❑   Retired / Discharged                                          (date)

U.S. Military Reserves and National Guard

❑   Active Service since                                          (date)
❑   Impending Active Service - orders postmarked                  (date)
        Ordered to report on                                      (date)
❑   Retired / Discharged                                          (date)

U.S. Citizen Serving with U.S. ally in war or military action (specify ally and war or action)

❑   Active Service since                                          (date)
❑   Retired / Discharged                                          (date)

### DEPLOYMENT

❑   Servicemember deployed overseas on                            (date)
    Anticipated completion of overseas tour-of-duty               (date)

### SIGNATURE

**s/ Gregory E Pierce**                          9/28/2007

                                                 Date
**Gregory E Pierce**

(print name)

*This statement is for information use only. Filing this statement with the Bankruptcy Court does not constitute an application for or invoke the benefits and relief available under the Servicemembers' Civil Relief Act of 2003.*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re   **Gregory E Pierce**

Debtor.

Case No.

Chapter   **7**

## Debtor's Statement of Special Circumstances

I hereby certify under penalty of perjury that the Debtor's Statement of Special Circumstances is true, correct and complete to the best of my knowledge.

Dated:   **9/28/2007**

**s/ Gregory E Pierce**

**Gregory E Pierce**

**Page 1 of 1**

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**
**Eastern Division**

In re   **Gregory E Pierce**                                    Case No.

Debtor.                                                Chapter   **7**

## Notice to Trustee of Special Circumstances

Dear

   Please be advised that I represent **Gregory E Pierce**. According to the calculations required by the Statement of Current Monthly Income and Means Test Calculation, the debtor checked the box on page 1 of the form indicating that a presumption of abuse arises in this matter. To rebut this presumption, I am writing to provide you with information supporting the debtor's claim of special circumstances that justify additional expenses and/or adjustments of current monthly income, and/or to provide documentation for expense items that should be deducted from my client's current monthly income pursuant to § 707(b)(2)(A)(ii)(I).

## Adjustments of Current Monthly Income

   On Line 12 of Official Form B22A, the debtor stated that his current monthly income is **$0.00**, based on the definition provided in section 101(10A) of the Code. However, this amount includes income that the debtor did not actually have at the time his petition was filed, and which the debtor does not currently have. I am enclosing the Debtor's Statement of Special Circumstances which demonstrates that the debtor's actual monthly income is $ . I am also enclosing copies of my client's recent payment advices showing his actual income.

## Additional Expenses

   On Line  of Official Form B22A, the debtor listed an expense amount of $ based on the Internal Revenue Service National or Local Standard for .
I am enclosing the Debtor's Statement of Special Circumstances which demonstrates that the debtor's actual monthly expense for this item is $ , and that this expense is necessary and reasonable. I am also enclosing documentation for this expense.

   In Part VII of Official Form B22A, the debtor listed the following additional expenses: .
The debtor listed these items as a monthly expense amount of **$0.00**, though this amount was not deducted from his current monthly income for purposes of determining the § 707(b)(2) presumption. I am enclosing the Debtor's Statement of Special Circumstances which demonstrates that these monthly expenses are required for the health and welfare of the debtor and the debtor's family or for the production of the debtor's income. I am also enclosing documentation for these expense items.

   If the additional expenses or adjustments to income referred to above are considered in applying the means test, a presumption of abuse no longer arises in this case. Accordingly, my client requests that in lieu of filing a motion to dismiss or convert this chapter 7 case under § 707(b), you file a statement with the court, for the reasons set forth above, that such a motion is not appropriate. If you are in need of any additional information or documentation, please contact me.

_____

**Jonathan G. Anderson**
Attorney for Debtor(s)

B 201 (04/09/06)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.   Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

## Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

**Jonathan G. Anderson**                                                                                          **9/28/2007**
Printed Name of Attorney                                      Signature of Attorney                              Date

Address:

**Anderson & Associates, P.C.**
**1701 E. Woodfield Road, Suite 1050**
**Schaumburg, IL  60173**

**(847) 995-9999**

## Certificate of the Debtor

I , the debtor, affirm that I have received and read this notice.

**Gregory E Pierce**                                            X **s/ Gregory E Pierce**                         **9/28/2007**
Printed Name of Debtor                                          **Gregory E Pierce**
                                                                Signature of Debtor                                Date

Case No. (if known)  _____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re   **Gregory E Pierce**                                    Case No.

Debtor.                                                         Chapter   **7**

### STATEMENT OF MONTHLY NET INCOME

The undersigned certifies the following is the debtor's monthly income .

| Income: | Debtor |
|---|---|
| Six months ago | $**0.00** |
| Five months ago | $**0.00** |
| Four months ago | $**0.00** |
| Three months ago | $**0.00** |
| Two months ago | $**0.00** |
| Last month | $**0.00** |
| Income from other sources | $**0.00** |
| Total net income for six months preceding filing | $ 0.00 |
| **Average Monthly Net Income** | $ 0.00 |

        Attached are all payment advices received by the undersigned debtor prior to the petition date, I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

        Attached are all payment advices received by the undersigned debtor prior to the petition date, we declare under penalty of perjury that we have read the foregoing statement and that it is true and correct to the best of our knowledge, information, and belief.

        Attached are all payment advices received by the undersigned debtor prior to the petition date, we declare under penalty of perjury that we have read the foregoing statement and that it is true and correct to the best of our knowledge, information, and belief.

Dated:  **9/28/2007**

                                    **s/ Gregory E Pierce**
                                    **Gregory E Pierce**
                                                    Debtor

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| Name of Debtor | Case Number |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and address where notices should be sent: | ☐ Check box if you have never received any notices from the bankruptcy court in this case. |
| | ☐ Check box if the address differs from the address on the envelope sent to you by the court. |
| Telephone number: | THIS SPACE IS FOR COURT USE ONLY |

| Last four digits of account number or other number by which creditor identifies debtor: | Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____ |
|---|---|

**1. Basis for Claim**

- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, Salaries and compensations (Fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)          (date)

| **2. Date debt was incurred:** | **3. If court judgment, date obtained:** |
|---|---|

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ _____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:

☐ Real Estate    ☐ Motor Vehicle
☐ Other

Value of Collateral:                        $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ **0.00** _____

**Unsecured Priority Claim.**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority         $ _____

Specify the priority of the claim:

- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,950), * earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

- ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $ _____  _____  _____  _____
(unsecured)    (secured)    (priority)    (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| **6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

**7. Supporting Documents:** *Attach copies of supporting documents, such as promissory* notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## ---- DEFINITIONS ----

### Debtor

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

### Creditor

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

### Proof of Claim

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor's claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

### Secured Claim

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor's claim may be a secured claim. (See also *Unsecured Claim.*)

### Unsecured Claim

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

### Unsecured Priority Claim

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims.*

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**

Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money or property, and the debtor's account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

**1. Basis for Claim:**

Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**

Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**

If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Classification of Claim
Secured Claim:**

Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the

amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above.)

**Unsecured Priority Claim:**

Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority.  (See DEFINITIONS, above).  A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law.  Check the appropriate place to specify the type of priority claim.

**Unsecured Nonpriority Claim:**

Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim".  (See DEFINITIONS, above.)  If your claim is partly secured and partly unsecured, state here the amount that is unsecured.  If part of your claim is entitled to priority, state here the amount not entitled to  priority.

**5. Total Amount of Claim at Time Case Filed:**

Fill in the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**6. Credits:**

By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**7. Supporting Documents:**

You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.